UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Lawrence H Gress

        Plaintiff,

v.                 Case No.: 1:20−cv−00756
                     Honorable Robert M. Dow Jr.

SafeSpeed, LLC, et al.

        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 6, 2020:

  MINUTE entry before the Honorable Robert M. Dow, Jr: Before the Court at this time are five motions to dismiss [22, 30, 35, 37, 49], two motions to defer MIDP deadlines [53, 55], a motion for extension of time to serve three remaining defendants [51], and a motion for extension of time to answer or otherwise plead [58], as well as the status report [40] filed on 7/14/2020. In the interest of efficient case management, including preservation of the resources of counsel and the Court, the Court orders as follows: (1) the first four motions to dismiss [22, 30, 35, 37] were taken under advisement as of 7/13/2020 and the next motion to dismiss [49] is now also taken under advisement; (2) the motions to defer MIDP deadlines [53, 55] are granted and all MIDP disclosures shall be due 30 days after the last defendant is either served or voluntarily dismissed; (3) the motion for extension of time to serve the three remaining defendants [51] is granted to and including for an additional 45 days to and including 9/21/2020 for good cause shown as reflected in the motion and due to the pandemic, but additional motions for extension will be harder to justify given the prior extensions; (4) Defendant Khalid Maani's motion for extension of time to answer or otherwise plead [58] is granted to and including 8/14/2020; (5) because the Court is likely to issue a single, comprehensive opinion on all of the motions to dismiss filed to date (including any motion to dismiss filed by Defendant K. Maani, the briefing on the six (or seven) motions that will be pending as of the middle of this month will proceed as follows: all responses will be due by 9/30/2020; all replies will be due by 10/21/2020. To the extent that Plaintiff wishes to file a single, omnibus response brief, he is encouraged to do so; to the extent that Defendants can adopt each other's arguments rather than repeating them, they are encouraged to do so. The Court will issue a ruling by mail. Any motions to dismiss filed by the Defendants who have not been served yet will be briefed on a different schedule. Notice of motion date of 8/11/2020 and 8/13/2020 are stricken and no appearances are necessary on that date. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was

generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.