IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAWRENCE H. GRESS, on behalf of himself and others similarly situated, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> SAFESPEED, LLC, an Illinois limited liability company; NIKKI ZOLLAR; CHRIS LAI; KHALID ("CLIFF") MAANI; OMAR MAANI; TONY RAGUCCI; MARTIN A. SANDOVAL; CITY OF OAKBROOK TERRACE; PATRICK DOHERTY; BILL HELM; JEFF TOBOLSKI; ROBERT GEDVILLE; JOHN O'SULLIVAN; SERGIO RODRIGUEZ; JOHN RYAN; MICHAEL CARBERRY; JOHN KOSMOWSKI; and BILL MUNDY : <br> : <br> Defendants. : | Civil Action No.: 1:20 CV 756 <br><br> Hon. Robert M. Dow, Jr. |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Friday, September 25, 2020, at 9:15 a.m., or as soon thereafter as they may be heard, counsel for SafeSpeed, LLC shall appear before the Honorable Robert M. Dow, Jr., or any judge sitting in his stead, in the courtroom usually occupied by him, Courtroom 2303, at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall present SafeSpeed's Motion to Dismiss the Complaint.

SafeSpeed acknowledges that the U.S. District Court for the Northern District of Illinois has suspended Local Rule 5.3(b), and that currently no motions may be noticed for in-person presentment. *See* Sixth Am. General Order 20-0012 (Sept. 4, 2020) at ¶2. SafeSpeed nonetheless provides this notice in the event the Court identifies the need if any for a hearing on the Motion by electronic means or in court.

Dated: September 14, 2020

/s/ *Zachary T. Fardon*
Zachary T. Fardon

KING & SPALDING LLP
Zachary T. Fardon
Patrick M. Otlewski
Abigail J.M. Hoverman
353 N. Clark Street, 12th Floor
Chicago, IL 60654
Phone: 312.995.6333
zfardon@kslaw.com
potlewski@kslaw.com
ahoverman@kslaw.com

*Attorneys for Defendant*
*SafeSpeed, LLC*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 14, 2020, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered users.

/s/ *Zachary T. Fardon*
Zachary T. Fardon

KING & SPALDING LLP
Zachary T. Fardon
Patrick M. Otlewski
Abigail J.M. Hoverman
353 N. Clark Street, 12th Floor
Chicago, IL 60654
Phone: 312.995.6333
zfardon@kslaw.com
potlewski@kslaw.com
ahoverman@kslaw.com

*Attorneys for Defendant*
*SafeSpeed, LLC*