ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

**Lawrence H Gress** ,

Plaintiff(s),

v.

**SafeSpeed, LLC, et al.** ,

Defendant(s).

Case No. 20-cv-756
Judge Robert M. Dow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

    which ☐ includes         pre–judgment interest.
             ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

X     in favor of defendant(s) **SafeSpeed, LLC., Nikki M Zollar, Chris Lai, Khalid Maani, Omar Maani, Tony Ragucci, Martin Sandoval, City of Oakbrook Terrace Illinois, Patrick Doherty, Bill Helm, Jeffrey Tobolski, Robert Gedville, Sergio Rodriguez, John Ryan, Michael Carberry, John Kosmowski, Bill Mundy, John O'Sullivan, Louis Presta,**

and against plaintiff(s) **Lawrence H Gress.**
Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

---

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
X decided by Judge Robert M. Dow on a motions to dismiss.

Date: 8/6/2021                          Thomas G. Bruton, Clerk of Court

Carolyn Hoesly , Deputy Clerk